IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEONARD HAWKINS,

     Appellant,

v.

LEE-ANITA O'ROARKE,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0613

_____/

Opinion filed November 6, 2014.

An appeal from the Circuit Court for Okaloosa County.
John "Jay" Gontarek, Judge.

Travis R. Johnson of Spencer Meador Johnson, PLLC, Pensacola, for Appellant.

Michael T. Webster, Shalimar, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.